

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE:     MORRIS, GARY L.
        Docket Number:  1:04CR-5107-001 OWW
        AMENDMENT TO PETITION TO
        MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION

Your Honor:

This amendment to the Petition to Modify the Conditions or Term of Supervision with
Consent of the Offender, Gary Morris, shall amend the previous Petition submitted to Your
Honor on April 12, 2007 and signed by Your Honor on April 13, 2007.

The only changes made to amend the petition are the headings on pages 2 through 4
which, inadvertently, contain the name and case number of another offender.    The
content of Petition is correct and has not been changed.

Respectfully submitted,

Melinda S. Peyret
**Senior United States Probation Officer**

Dated:      April 17, 2007
            Fresno, California
            MSP:mb

REVIEWED BY:

Bruce Vasquez
**Supervising United States Probation Officer**

Attachment(s)

Rev. 05/2006
MEMO ~ COURT.MRG

Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## AMENDED PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
### (Probation Form 49, Waiver of Hearing, is on file)

| | |
|---|---|
| **Offender Name:** | Gary L. Morris |
| **Docket Number:** | 1:04CR05107-001 OWW |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 9/1/2004 |
| **Original Offense:** | Felon in Possession of Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 30 months prison, 3 year supervised release (TSR), $50 special assessment |
| **Special Conditions:** | Search, substance abuse counseling & testing, aftercare co-payment & no possession of firearms/ammunition/dangerous weapons |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 5/16/2006 |
| **Assistant U.S. Attorney:** | Karen A. Escobar    Telephone: (559) 497-4000 |
| **Defense Attorney:** | Mark A. Lizarraga    Telephone: (559) 487-5561 |
| **Other Court Action:** | None. |

RE:   **MORRIS, Gary L.**
      **Docket Number: 1:04CR05107-001 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The releasee shall reside and participate in a residential community
> sanctions center, Turning Point, Fresno, CA for a period of 180 days; said
> placement shall commence as directed by the supervising probation officer.
> The defendant shall pay the cost of confinement as determined by the
> Bureau of Prisons.

> The releasee shall abstain from the use of alcoholic beverages and shall not
> frequent those places where alcohol is the chief item of sale.

**Justification:**   Within less than a year following his release from prison, the releasee
was arrested on 2/4/2007 by California Highway Patrol for Driving While Under the
Influence of Alcohol. At the time of his arrest, he admitted consuming alcohol at a local
bar. There were two adult passengers in his car at the time of his arrest. On April 10,
2007, the releasee was involved in a mutual combat fight with another at a local bar but
neither involved party was arrested because both declined the filing of complaints. No
police report was issued. The releasee had been drinking alcohol prior to the incident.

Since his release from custody, the releasee has maintained steady employment, has
reunited with his children and has completed substance abuse counseling. Following his
arrest, his drug/alcohol testing was increased and he was referred to substance abuse
counseling a second time. He additionally voluntarily placed himself in church based
substance abuse counseling.

The releasee's attempts at sobriety, however, failed as he experienced stress in his life
caused primarily from his arrest for DUI and unresolved family issues. He admits
consuming alcohol on a daily basis, which he believes precipitated his use of

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **MORRIS, Gary L.**
      **Docket Number: 1:04CR05107-001 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

methamphetamine/amphetamine.  He tested positive for alcohol use on 3/12/2007.  His conditions of supervision do not preclude his use of alcohol, but he is subject to alcohol testing.

 As such, it is recommended that the Court modify the releasee's conditions of supervision to allow his commitment to Turning Point Community Sanctions Center, Fresno, CA for a period of 180 days.  Such a placement will address substance abuse counseling issues, drug/alcohol testing, and will also provide the releasee an ability to job search if his current employment is no longer available to him.  The releasee is in agreement with said placement.  Given his arrest for DUI and his admitted use of alcohol on a daily basis, a condition of supervision to include alcohol sanctions appears necessary.

Respectfully submitted,

/s/ Melinda S. Peyret
**Melinda S. Peyret**
**Senior United States Probation Officer**
Telephone:  (559) 499-5733

**DATED:**   4/17/2007
            Fresno, California
            mp

**REVIEWED BY:**    <u>/s/ Bruce Vasquez</u>
                   **BRUCE A. VASQUEZ**
                   **Supervising United States Probation Officer**

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **MORRIS, Gary L.**
      **Docket Number: 1:04CR05107-001 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

( )   Modification not approved at this time.  Probation Officer to contact Court.

( )   Other:

_4 -1.9 -07_
**Date**

_____
**Signature of Judicial Officer**

cc:   United States Probation
      Rice, Assistant United States Attorney
      Elia, Defense Attorney
      Defendant
      Court File